AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA,
    PLAINTIFF,

V.

CIGAR FACTORY OUTLET, INC., et al.
    DEFENDANTS.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

CIV-GRAHAM
00-6209

MAGISTRATE
TURNOFF

TO: (Name and Address of Defendant)

Cigar Factory Outlet, Inc.
c/o Osvaldo Padilla
470 G. Ansin Blvd.
Hallandale, FL  33009

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

DAVID I. MELLINGER
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
500 East Broward Blvd., Ste. 700
Fort Lauderdale, FL  33394

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox
CLERK

BY DEPUTY CLERK

DATE Feb 11, 2000