AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,

v.

CIGAR FACTORY OUTLET, INC., et al.
        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CIV-GRAHAM

00-6209

TO: (Name and Address of Defendant)
    Bruce Feinstein
    Cigar Factory Outlet, Inc.
    470 G. Ansin Blvd.
    Hallandale, FL 33009

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    DAVID I. MELLINGER
    ASSISTANT U.S. ATTORNEY
    United States Attorney's Office
    500 East Broward Boulevard, Ste. 700
    Fort Lauderdale, Florida 33394

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox
CLERK

Feb 11, 2000
DATE

BY DEPUTY CLERK