AO 44 Rev. 5 90 Summons in a Civil Action

# United States District Court

SOUTHERN                    DISTRICT OF    FLORIDA

UNITED STATES OF AMERICA,
              Plaintiff,

          v.

CIGAR FACTORY OUTLET, INC., et al.
              Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  **CIV-GRAHAM**

**00-6209**

MAGISTRATE JUDGE
TURNOFF

TO: (Name and Address of Defendant)

    Monica L. Feinstein
    Cigar Factory Outlet, Inc.
    470 G. Ansin Blvd.
    Hallandale, FL 33309

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    DAVID I. MELLINGER
    ASSISTANT U.S. ATTORNEY
    United States Attorney's Office
    500 East Broward Boulevard, Ste. 700
    Fort Lauderdale, Florida  33394

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox

CLERK

_____
BY DEPUTY CLERK

DATE  Feb-11, 2000