UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

**00 - 6209**

MAGISTRATE JUDGE
TURNOFF

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF, | ) |
| v. | ) |
| CIGAR FACTORY OUTLET, INC., a Florida corporation; | ) |
| OSVALDO PADILLA, individually, and as an officer of the corporation; | ) |
| MONICA L. FEINSTEIN, individually, and as an officer of the corporation; and | ) |
| BRUCE FEINSTEIN, individually, | ) |
| DEFENDANTS. | ) |

## CIVIL ACTION CERTIFICATION

1.  Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? _____ Yes __X__ No

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
DAVID I. MELLINGER
Assistant United States Attorney
FL. BAR NO. 0821365
500 East Broward Boulevard
Suite 700
Ft. Lauderdale, Florida 33394
Tel:   (954) 356-7314, ext. 3612
Fax:   (954) 356-7180

