UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 00-6209-CIV-NESBITT / TURNOFF

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

CIGAR FACTORY OUTLET, INC.,
    a Florida Corporation;
OSVALDO PADILLA, individually, and as an
    officer of the corporation;
MONICA L. FEINSTEIN, individually, and as an
    officer of the corporation; and
BRUCE FEINSTEIN, individually,
    Defendants.
_____/

### DEFENDANT MONICA L. FEINSTEIN AND BRUCE FEINSTEIN'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT FOR CIVIL PENALTY, CONSUMER REDRESS, PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF

Defendants, MONICA L. FEINSTEIN, individually and as an officer of the corporation, and BRUCE FEINSTEIN, individually, by and through their undersigned counsel, file this Answer to Plaintiff's Complaint for Civil Penalties, Consumer Redress, Permanent Injunction and other Equitable Relief ("COMPLAINT"), and state as follows:

    1.    Defendants admit that Plaintiff has commenced this action under the federal statutes cited in paragraph 1 of its Complaint for the apparent reasons set forth therein, but Defendants deny each and every other



allegation contained in that paragraph and demand strict proof thereof.

2. Admit.

3. Admit.

4. Admit, but affirmatively state that Defendant, CIGAR FACTORY OUTLET, INC., is presently out of business.

5. Deny

6. Deny

7. Deny

8. Deny

9. Deny

10. Deny

11. Deny

12. Deny

13. Deny

14. Deny

15. Deny

16. Defendants incorporate herein by reference their answers to paragraph 1 through 15 above.

17. Deny

18. Defendants incorporate herein by reference their answers to paragraph 1 through 15 above.

19. Deny

20. Defendants incorporate herein by reference their answers to paragraph 1 through 15 above.

21. Deny

22. Deny

23. Deny that Defendants have committed any violations, but admit that the statutory authority cited to this court is applicable if a violation is proven.

24. Deny that the Defendants have violated the Franchise Rule, but admit the remainder of that paragraph.

25. Deny that the Defendants have violated the Franchise Rule, but admit the remainder of that paragraph.

26. Deny that the Defendants have violated the Franchise Rule, but admit the remainder of that paragraph.

## AFFIRMATIVE DEFENSES

27. As their first affirmative defense, Defendants state that Plaintiff is estopped from commencing or continuing with this action because

    Plaintiff has commenced this action without any factual support, without any consumer complaints, and without any facts supporting that Defendants have damaged anyone through their practices alleged in the Complaint, even if true.

28. As their second affirmative defense, Defendants state that Plaintiff's Complaint against each of them in their respective individual capacities must fail because Plaintiff's Complaint fails to state a cause of action sufficient to bind either Defendant individually.

    WHEREFORE, for the foregoing reasons, Defendants, MONICA L. FEINSTEIN and BRUCE FEINSTEIN, respectfully request that this Court enter an Order dismissing Plaintiff's Complaint against them, and awarding all costs and Defendants' attorney fees pursuant to any applicable federal statute, against Plaintiff.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail to David J. Melinger, Esquire, Assistant United States Attorney, 500 East Broward Blvd, Suite 700, Fort Lauderdale, Florida 33301 and Andrew E. Clark, Esquire, P.O. Box 386, Washington, D.C. 20044 on this 10th day of April, 2000.

*John F. O'Donnell*
JOHN F. O'DONNELL, ESQ.
Florida Bar No. 264891
2648 Northeast 26th Place
Fort Lauderdale, FL 33306
Phone: (954) 563-9993
Fax:   (954) 563-9995