UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6209-CIV-GRAHAM

UNITED STATES OF AMERICA

    Plaintiff,

v.

CIGAR FACTORY OUTLET, INC.,
a Florida corporation;
OSVALDO PADILLA,
individually, and as an
officer of the corporation;
MONICA L. FEINSTEIN,
individually, and as an
officer of the corporation;
and BRUCE FEINSTEIN,
individually, and as an
officer of the corporation,

    Defendants.
_____/

## SCHEDULING REPORT

Plaintiff, United States of America, by Andrew E. Clark, and defendants, Monica L. Feinstein and Bruce Feinstein, by John F. O'Donnell, pursuant to Rule 16.1(B), Local Rules of the Southern District of Florida, hereby submit the following report of a scheduling meeting which took place by telephone on April 14, 2000, between counsel for the parties. A proposed scheduling order is attached.

1. <u>Documents and List of Witnesses</u>

Pursuant to Local Rule 16.1(B), all documents reasonably available and contemplated to be used in support of the parties'

allegations, and a list of individuals likely to have discoverable information, will be exchanged by the parties by May 1, 2000. Further documents and witness lists will be exchanged in such time to allow the parties to prepare for discovery and trial.

2. Discovery Schedule and Proposed Limits on Time

The parties agree that additional parties will be joined and pleadings amended by August 9, 2000; that the parties shall furnish opposing counsel with a written list by November 10, 2000, containing the names, addresses, and phone numbers of all fact and expert witnesses intended to be called at trial and, except for rebuttal witnesses, only those witnesses listed shall be permitted to testify; and that all discovery must be completed by December 8, 2000.

3. Settlement

The parties have begun to discuss the possibility of resolving this case by settlement. The parties will continue to discuss this issue in good faith in the future and rate the likelihood of settlement of this action as fair.

4. Additional Parties and amendment of Pleadings

The parties will seek to join any additional parties and amend the pleadings by August 9, 2000, although they do not believe at this time that such joinder or amendment is likely.

5. <u>Proposed Limits on Time</u>

The parties propose that all dispositive motions and memoranda of law must be filed by January 9, 2001; memoranda in opposition to dispositive motions shall be filed by January 23, 2001; and reply memoranda by January 30, 2001. All such motions and memoranda shall be served by Federal Express overnight delivery. The parties propose that the dispositive motions be resolved by February 27, 2001.

6. <u>Stipulations and Admissions</u>

The parties agree that they will likely be able to arrive at stipulations which will expedite the trial in this case. It is anticipated, for instance, that the parties will be able to stipulate to the authenticity of documents and to certain facts.

6. <u>Reference to Magistrate Judge or Master</u>

The parties do not at this time anticipate the need to refer matters to a magistrate judge or master.

7. <u>Trial Time Estimate</u>

The parties estimate that the trial in this case will require approximately three to four days.

8. <u>Pretrial Conference and Trial</u>

The parties request that a pretrial conference be held on March 26, 2001, and that trial begin on April 9, 2001.

DATED: _April 25, 2000_

Of Counsel:

EILEEN HARRINGTON
Associate Director for
 Marketing Practices
Federal Trade Commission
Washington, D.C.  20580

CRAIG TREGILLUS
Attorney
Federal Trade Commission
Washington, D.C.  20580
PHONE:  202-326-2970
FAX:   202-326-3395

FOR THE UNITED STATES OF AMERICA:

DAVID W. OGDEN
Acting Assistant Attorney General
Civil Division
U.S. Department of Justice

THOMAS E. SCOTT
United States Attorney

By: _Nancy Langston_
NANCY LANGSTON
Assistant United States Attorney
99 N.E. 4th Street
3rd Floor
Miami, Florida 33132
Court Assigned No. A5500437
PHONE:  (305) 961-9012
FAX:    (305) 530-7139

_Andrew E. Clark_
ANDREW E. CLARK
Attorney
Office of Consumer Litigation
P.O. Box 386
Washington, D.C.  20044
PHONE:  (202) 307-0067
FAX:    (202) 514-8742

FOR THE DEFENDANTS: _Monica L. Feinstein and Bruce Feinstein ONLY_

_John F. O'Donnell_
JOHN F. O'DONNELL, ESQ.
2648 Northeast 26th Place
Ft. Lauderdale, Florida  33306
PHONE:  (954) 563-9993
FAX:    (954) 563-9995
Florida Bar No. 264891

4