AO 440 (Rev. 1/90) Summons in a Civil Action

00-6209ej-06

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE March 21, 2000 |
| NAME OF SERVER (PRINT) Michael J Brown | TITLE Financial Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Monica Feinstein (wife)

☐ Returned unexecuted: 4
Boca Raton, FL

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/21/00       Michael J Brown
              Date              Signature of Server

              Address of Server