UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No.: 00-6209-CIV-GRAHAM/TURNOFF

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

CIGAR FACTORY OUTLET, INC.,
et al.,

   Defendants.
_____/



## ORDER TO SHOW CAUSE

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record.

**THE COURT** notes that service of the summons and complaint has not been made upon Defendants Cigar Factory Outlet, Inc., and Osvaldo Padilla, within 120 days after the filing of the complaint. The Court therefore

**ORDERS** that on or before July 18, 2000, Plaintiff shall file a memorandum showing good cause, pursuant to Fed. R. Civ. P. 4(m), explaining why the claims against Defendants Cigar Factory Outlet, Inc., and Osvaldo Padilla, should not be dismissed for failure to perfect service of process. Failure to show good cause within the allotted time will result in dismissal of the claims against Defendants Cigar Factory Outlet, Inc., and Osvaldo Padilla.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of July, 2000.

                                                              _____
                                                              DONALD L. GRAHAM
                                                              UNITED STATES DISTRICT JUDGE

cc:   Nancy Langston, Esquire, AUSA
        John O'Donnell, Esquire