UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6209-CIV-GRAHAM/TURNOFF



UNITED STATES OF AMERICA

    Plaintiff,

v.

CIGAR FACTORY OUTLET, INC.,
et al.,

    Defendants.
_____/

**PLAINTIFF'S MOTION FOR TELEPHONIC
PARTICIPATION IN STATUS CONFERENCE**

    Plaintiff United States of America hereby moves this Court to allow its attorney, Andrew E. Clark, to participate by telephone in the status conference currently set for Wednesday, July 26, 2000, at 3:30 p.m.

    Good cause for allowing a telephonic appearance by Plaintiff's counsel exists because counsel is located outside the state of Florida, in Washington, D.C. Moreover, counsel for Defendants has also agreed to participate by telephone, as set forth in the attached Certificate of Good Faith.

Dated this 17th day of July, 2000.



NON-COMPLIANCE OF S.D. Fla. L.R.

Respectfully submitted,

DAVID W. OGDEN
Acting Assistant Attorney General
Civil Division
U.S. Department of Justice

THOMAS E. SCOTT
United States Attorney

By: NANCY LANGSTON *Nancy Langston*
Assistant United States Attorney
99 N.E. 4th Street, 3rd Floor
Miami, Florida 33132
Court Assigned No. A5500437
PHONE: (305) 961-9012
FAX: (305) 530-7139

_____
ANDREW E. CLARK
Attorney
Office of Consumer Litigation
P.O. Box 386
Washington, D.C. 20044
PHONE: (202) 307-0067
FAX: (202) 514-8742

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Telephonic Participation in Status Conference was served by Federal Express overnight delivery upon:

JOHN F. O'DONNELL, ESQ.
2648 Northeast 26th Place
Ft. Lauderdale, Florida 33306

this 17th day of July, 2000.

_____
ANDREW E. CLARK

2

## CERTIFICATE OF GOOD FAITH

I HEREBY CERTIFY that I have contacted counsel of record for the Defendants in this case, and that Defendants' counsel has consented to a telephonic status conference.

_____
ANDREW E. CLARK