UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6209-CIV-GRAHAM/TURNOFF

UNITED STATES OF AMERICA

    Plaintiff,

v.

CIGAR FACTORY OUTLET, INC.,
et al.,

    Defendants.
_____/

**PLAINTIFF'S MEMORANDUM IN RESPONSE TO ORDER TO SHOW CAUSE**

As noted in the Court's Order to Show Cause, dated July 7, 2000, Plaintiff, the United States of America, has been unable to perfect service upon two of the four defendants in this action: Cigar Factory Outlet, Inc., and Osvaldo Padilla. The corporate defendant, Cigar Factory Outlet, Inc., is no longer in business and, despite best efforts, Plaintiff has been unable to locate Maria Padilla, the corporation's registered agent. Plaintiff has also been unable to locate individual defendant Osvaldo Padilla, the president of Cigar Factory Outlet, Inc.

Accordingly, plaintiff has filed this date a Notice of Dismissal Without Prejudice, dismissing this action as to the corporate defendant, Cigar Factory Outlet, Inc., and defendant Osvaldo Padilla. Plaintiff will continue to pursue its claims



against the two defendants upon whom service has been effected: Bruce Feinstein and Monica L. Feinstein.

Dated this 17th day of July, 2000.

                Respectfully submitted,

                DAVID W. OGDEN
                Acting Assistant Attorney General
                Civil Division
                U.S. Department of Justice

                THOMAS E. SCOTT
                United States Attorney

By:  NANCY LANGSTON  *[signature]*
      Assistant United States Attorney
      99 N.E. 4th Street, 3rd Floor
      Miami, Florida 33132
      Court Assigned No. A5500437
      PHONE: (305) 961-9012
      FAX:   (305) 530-7139

      *[signature]*
      _____
      ANDREW E. CLARK
      Attorney
      Office of Consumer Litigation
      P.O. Box 386
      Washington, D.C.  20044
      PHONE: (202) 307-0067
      FAX:   (202) 514-8742

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Memorandum in Response to Order to Show Cause was served by Federal Express overnight delivery upon:

> JOHN F. O'DONNELL, ESQ.
> 2648 Northeast 26th Place
> Ft. Lauderdale, Florida 33306

this 17th day of July, 2000.

_____
ANDREW E. CLARK