UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6209-CIV-GRAHAM/TURNOFF

UNITED STATES OF AMERICA

    Plaintiff,

v.

CIGAR FACTORY OUTLET, INC.,
et al.,

    Defendants.
_____/

## NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS CIGAR FACTORY OUTLET, INC., AND OSVALDO PADILLA

**PLEASE BE ADVISED** that Plaintiff, the United States of America, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, and without prejudice to the rights of Plaintiff, hereby dismisses this action on its own behalf, without prejudice and costs, as to defendants Cigar Factory Outlet, Inc., and Osvaldo Padilla.

Dated this 17th day of July, 2000.

          Respectfully submitted,

          DAVID W. OGDEN
          Acting Assistant Attorney General
          Civil Division
          U.S. Department of Justice

          THOMAS E. SCOTT
          United States Attorney

By:  NANCY LANGSTON  *Nancy Langston*
          Assistant United States Attorney
          99 N.E. 4th Street, 3rd Floor
          Miami, Florida 33132
          Court Assigned No. A5500437
          PHONE: (305) 961-9012
          FAX:   (305) 530-7139

          _____
          ANDREW E. CLARK
          Attorney
          Office of Consumer Litigation
          P.O. Box 386
          Washington, D.C. 20044
          PHONE: (202) 307-0067
          FAX:   (202) 514-8742

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Dismissal Without Prejudice was served by Federal Express overnight delivery upon:

        JOHN F. O'DONNELL, ESQ.
        2648 Northeast 26th Place
        Ft. Lauderdale, Florida 33306

this 17th day of July, 2000.

                                    _____
                                    ANDREW E. CLARK