UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE DONALD L. GRAHAM



FILED by _____ D.C.
JUL 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CIVIL COURTROOM MINUTES

Case No. __00-6209__   Date: __7/26/01__

Style: __USA v. Cigar Factory Outlet__

Counsel for Plaintiff: _____

Counsel for Defendant: _____

Reporter: __Barbara__   Courtroom Deputy: _____

Law Clerk: __Marlene__

(Status Conference)/Pretrial Conference/Calendar Call/Hearing: _____

_____

_____

_____

Motion: _____ Granted: _____ Denied: _____

Calendar Call: __3/21/01__   Trial Set/Reset for: __3/26/01__

Pretrial Conference: __2/21/01__   Bench/Jury Trial: _____

Issues Referred to Mag: Trial/(Costs)/(Fees)/(Sanctions)/Dismiss/Summary Judgment/(Discovery)/Other: _____

_____ Mag: __Turnoff__   Mediation: Yes: ✓  No: __

MISCELLANEOUS NOTES: _____