UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6209-CIV-GRAHAM-TURNOFF

FILED BY _____ D.C.

00 AUG 25 PM 4:22

CLERK U.S. DIST. CT.
S.D. OF FL.-MIAMI

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) |
| CIGAR FACTORY OUTLET, INC., a Florida corporation; OSVALDO PADILLA, individually, and as an officer of the corporation; MONICA L. FEINSTEIN, individually, and as an officer of the corporation; and BRUCE FEINSTEIN, individually, and as an officer of the corporation, | ) |
| Defendants. | ) |

## NOTICE OF SELECTION OF MEDIATOR

The parties wish to inform that Court that Melvin Rubin, Esq. has been jointly selected as a mediator in the above captioned case. The mediation is scheduled for November 15, 2000 at 1:00.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

For: _____
ANDREW E. CLARK
Attorney
Office of Consumer Litigation
P.O. Box 386
Washington, D.C. 20044

```
                                PHONE:  (202) 307-0067
                                FAX:    (202) 514-8742


                          By:   /s/ Nancy Langston
                                NANCY LANGSTON
                                Asst. United States Attorney
                                99 N.E. 4th Street
                                3rd Floor
                                Miami, Florida 33132
                                Court Assigned No. A5500437
                                PHONE:  (305) 961-9012
                                FAX:    (305) 530-7139
```

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 25th day of August, 2000, to John F. O'Donnell, Esq., 2648 Northeast 26th Place, Fort Lauderdale, Florida 33306

```
                          By:   /s/ Nancy Langston
                                Nancy Langston
                                Assistant U.S. Attorney
```