UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO.   00-6209-CIV-GRAHAM/TURNOFF

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

CIGAR FACTORY OUTLET, INC.,
et al.,

    Defendant(s).

_____/

FILED by _____ D.C.

AUG 2 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER SCHEDULING MEDIATION

The Mediation conference in this matter shall be held with

_____ Melvin Rubin, Esq. _____ on ____ November 15 ____,

~~15~~, 2000 at __1:00__ pm. at ____ 111 Majorca Avenue _____

_____, Florida.

    DONE AND ORDERED in Chambers at Miami, Florida, this 28th day

of ___August__, 2000.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record