UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.:  00-6209-CIV-GRAHAM / TURNOFF

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

CIGAR FACTORY OUTLET, INC.,
    a Florida Corporation;
OSVALDO PADILLA, individually, and as an
    officer of the corporation;
MONICA L. FEINSTEIN, individually, and as an
    officer of the corporation; and
BRUCE FEINSTEIN, individually,
    Defendants.
_____/



## DEFENDANT MONICA L. FEINSTEIN AND BRUCE FEINSTEIN'S UNOPPOSED MOTION TO RESCHEDULE MEDIATION AND SLIGHTLY EXTEND DISCOVERY CUT-OFF, LOCAL RULE 26.1 CERTIFICATE AND INCORPORATED MEMORANDUM OF LAW

Defendants, MONICA L. FEINSTEIN, individually and as an officer of the corporation, and BRUCE FEINSTEIN, individually, by and through their undersigned counsel, move this Court for entry of an Order postponing for sixty-four (64) days the mediation conference presently scheduled by Court Order for November 15, 2000, and slightly extend the January 8, 2001, Discovery cut-off to January 31, 2001, and, in support thereof, state as follows:

    1.    Plaintiff, United States of America, has obtained documentary

discovery and interrogatory answers from the Defendants, Bruce and Monica Feinstein.

2. Although the parties have commenced settlement negotiations, in order to complete such negotiations, the Plaintiff desires to take the depositions of Bruce and Monica Feinstein.

3. Those depositions were scheduled for October 19, 2000, but were canceled and need to be rescheduled due to the current medical condition of the Defendant, Bruce Feinstein.

4. In this regard, Mr. Feinstein underwent a discectomy at L5-S1, in December, 1999. He has been in constant pain since that procedure and apparently has developed an epidural scar formation around his L5-S1 nerve root, causing significant pain.

5. In early October, 2000, his primary physician, Dr. William S. Berman, restricted him to bed rest for two weeks, causing the cancellation of the October 19, 2000, depositions. Mr. Feinstein visited Dr. Berman again on October 19, 2000, and Dr. Berman again restricted him to bed rest for the two week period beginning that date. A copy of Dr. Berman's statement of work status reflecting the bed rest is attached hereto as Exhibit "A".

6. On August 28, 2000, Mr. Feinstein was seen in consultation by Dr. Steven Edward Weber, at the Spinal Health Center at the University of Florida in Gainesville, Florida. At that time, Dr. Weber advised Dr. Berman and Mr. Feinstein that Mr. Feinstein has two medical options to consider to attempt to eliminate the severe pain he now constantly experiences. These medical options are: (1) percutaneous epidurolysis, which undersigned counsel is informed is akin to orthroscopic surgery, and is designed to break up the scar tissue; and (2) repeat surgery with epidurolysis of the scar tissue from the nerve root with the infusion of adcon L, a product designed to decrease scar tissue formation after disc surgery. A copy of Dr. Weber's August 28, 2000, letter to Dr. Berman outlining these two procedures is attached hereto as Exhibit "B".

7. Due to the severe pain, Mr. Feinstein is presently taking four medications: MS carrtin, MSIR, sonata and celebrex, as indicated by a copy of Dr. Berman's prescription of those medications, dated August 3, 2000, attached hereto as Exhibit "C". Sonata is a sleep inducing medication and the two "MS" medications are morphine or morphine derivatives

8. Under the circumstances, Defendant Bruce Feinstein, is simply not available for deposition at the present time due to the orders of his physician, the severe pain he is experiencing and the medication that he is taking. Moreover, if the present two weeks of bed rest does not allow him to resume his normal activities, Mr. Feinstein intends to undergo the percutaneous epidurolysis procedure as soon as possible thereafter. As a result, it is anticipated that Mr. Feinstein will not be available for deposition until approximately mid-December, 2000.

9. Accordingly, Defendants respectfully request that this Court enter an Order continuing the presently scheduled November 15, 2000, mediation conference until January 18, 2001.

10. In this regard, the parties have tentatively rescheduled mediation with Melvin A. Rubin, Esquire, the Court Ordered mediator for January 18, 2001, at 1:30 p.m. at his office.

11. Finally, Defendants also request that this Court extend the January 8, 2001, Discovery cut-off to January 31, 2001.

WHEREFORE, for the foregoing reasons, Defendants, MONICA L. FEINSTEIN and BRUCE FEINSTEIN, respectfully request that this Court enter an Order granting the relief sought in this Motion.

## LOCAL RULE 26.1 CERTIFICATE

In a telephone conference with Andrew E. Clark, Esquire, one of the attorneys for the Plaintiff, on Thursday, October 26, 2000, Mr. Clark authorized undersigned counsel to represent to this Court that the Plaintiff does not oppose the relief sought in this Motion due to Mr. Feinstein's medical circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by fax and mail to Nancy Langston, Esquire, Assistant United States Attorney, 99 Northeast Fourth Street, Miami, Florida 33132 and Andrew E. Clark, Esquire, P.O. Box 386, Washington, D.C. 20044 on this 30th day of October, 2000.

JOHN F. O'DONNELL, ESQ.
Florida Bar No. 264891
2648 Northeast 26th Place
Fort Lauderdale, FL 33306
Phone: (954) 563-9993
Fax:   (954) 563-9995

## William S. Berman, M.D.

Board Certified, Physical Medicine & Rehabilitation
Diplomate, American Academy of Pain Management
Fellow, American Academy of Physical Medicine & Rehabilitation

10301 Hagen Ranch Rd., Ste. 930 • Boynton Beach, FL 33437
Tel. 561-364-1079 • Fax 561-752-3461

### PHYSICIAN'S STATEMENT OF WORK STATUS

Patient's Name _____

was evaluated and treated in my office today for a medical problem or injury
which is ☐ work related ☐ non-work related

☐ may return to work _____

☐ regular duty      ☐ part-time _____ hrs/day   ☐ full-time
☐ light duty        ☐ part-time _____ hrs/day   ☐ full-time

Restrictions at work include
☐ sitting _____ hrs     ☐ standing _____ hrs     ☐ driving _____ hrs
☐ pushing _____ lbs     ☐ pulling _____ lbs      ☐ lifting _____ lbs
☐ overhead work ☐ never ☐ occasional
☐ changing positions every _____ hrs
☐ waist bending ☐ never ☐ occasional (5 x/day) ☐ frequent (10 x/day)
☐ other _____

☐ is to be off work _____
☐ is to be off work/follow-up visit in _____ weeks
☐ follow-up visit _10/19/00_
                      Date

_____
PHYSICIAN'S SIGNATURE

10/94

Specializing in the Diagnosis & Non-Surgical
Treatment of Injury & Pain

Exhibit "A"

# Chester E. Sutterlin III, M.D., F.A.C.S.

Cervical, Thoracic and Lumbar Spinal Disorders
Adult and Adolescent

Diplomate of the American Board of Orthopaedic Surgery
Fellow of the American Academy of Orthopaedic Surgeons
Fellow of the American College of Surgeons

---

August 28, 2000

William Berman, MD
Delray Beach, FL

**RE: FEINSTEIN, BRUCE**
**Medical Record #47426.0**

Dear Dr. Berman:

Thank you for allowing us to see Mr. Bruce Feinstein in consultation. He has a very difficult problem and has epidural scar formation around his nerve root at L5-S1. The problem has been contributed by his tobacco intake in the perioperative period. His options at this time are unfortunately very limited. They are percutaneous epidurolysis from the pain management standpoint. We have very little experience with this and the results are somewhat unpredictable in our patient population. Secondly, Bruce may undergo repeat surgery with epidurolysis of the scar tissue from the nerve root with the infusion of Adcon L. As you may know, this product is reported to decrease scar tissue formation after disc surgery. We have no personal experience with this product.

Thank you very much for allowing us to see Mr. Bruce Feinstein in consultation. He appears to be a very nice and motivated patient with a very difficult problem. If you have any further questions or comments, please do not hesitate to be in contact with this office.

Sincerely,

Steven Edward Weber, MD

SEW/crs

cc:   Leon Abrams, MD, Boca Raton, FL

---

## SpinalHealth Centers

7120 N.W. 11th Place, Gainesville, FL 32605
Phone: (352) 331-5808 -- Fax: (352) 331-2578

Exhibit "B"

**William S. Bennau, M.D.** DEA# AR 2562040
10301 Hagen Ranch Rd., Ste. 930 • Boynton Beach, FL 33437
Tel 561-364-1979 • Fax 561-752-3461

NAME   Bruce Feinstein
ADDRESS _____   DATE 8/3/00

R  This patient is under my
care for sciatica of (L) leg
and for his pain syndrome
he is taking:
- MS Contin
- MSIR
- Sonata
- Celebrex

☐ Brand Name Medically Necessary
☐ Voluntary Formulary Permitted

_Signature of Prescriber_

Refill  0-1-2-3-4-5-6

Exhibit "C"