UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 00-6209-CIV-GRAHAM / TURNOFF

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

CIGAR FACTORY OUTLET, INC.,
    a Florida Corporation;
OSVALDO PADILLA, individually, and as an
    officer of the corporation;
MONICA L. FEINSTEIN, individually, and as an
    officer of the corporation; and
BRUCE FEINSTEIN, individually,
    Defendants.
_____/



FILED by _____ D.C.
NOV 07 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING DEFENDANT MONICA L. FEINSTEIN AND BRUCE FEINSTEIN'S UNOPPOSED MOTION TO RESCHEDULE MEDIATION AND SLIGHTLY EXTEND DISCOVERY CUT-OFF

Defendant, MONICA L. FEINSTEIN AND BRUCE FEINSTEIN, recently filed an Unopposed Motion to Reschedule Mediation and Slightly Extend Discovery Cut-Off. Upon consideration of the contents of the Motion, without objection from the Plaintiff, and the Court, having being otherwise duly advised in the premises, it is hereupon,

ORDERED AND ADJUDGED that the Motion be and the same is **GRANTED.** The Mediation Conference shall be rescheduled with Melvin A. Rubin, Esquire, for January 18, 2001, at 1:30 p.m. at 111 Majorca Avenue, Suite A, Coral Gables, Florida 33134.

IT IS FURTHER ORDERED AND ADJUDGED that the discovery cut-off shall be extended from January 8, 2001, to January 31, 2001. *All other dates shall remain as scheduled*

DONE AND ORDERED in Chambers in Miami, Dade County, Florida on this ___7th___ day of __November__, 2000.

DONALD L. GRAHAM
U.S. DISTRICT COURT JUDGE

cc:   Nancy Langston, Esquire
      Andrew E. Clark, Esquire
      John F. O'Donnell, Esquire