UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
CASE NO.: 00-6209-CIV-NESBITT / TURNOFF

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

CIGAR FACTORY OUTLET, INC.,
    a Florida Corporation;
OSVALDO PADILLA, individually, and as an
    officer of the corporation;
MONICA L. FEINSTEIN, individually, and as an
    officer of the corporation; and
BRUCE FEINSTEIN, individually,
    Defendants.
_____/

## NOTICE OF DEPOSITION PURSUANT TO Fed. R.Civ.P. 30(b)(6)

PLEASE TAKE NOTICE that Defendants, Bruce and Monica Feinstein, will take the deposition upon oral examination of: CRAIG TREGILLUS, ESQUIRE , or

> The United States of America or the Federal Trade Commission person most knowledgeable concerning the investigation leading to the filing of the Complaint in this action, including any and all complaints received from any consumers and/or alleged victims, all investigative techniques, including undercover telephone calls and other methods, utilized to investigate the defendant corporation and individual defendants, and who possesses any and all other information relevant under the Federal Rules of Evidence or which may lead to the discovery of relevant and admissible evidence concerning the allegations contained in the Complaint in this action, as well as in the Affirmative Defenses and Denials contained in the Answer to the Complaint,



Pursuant to Rule 30(b)(6), Federal Rules of Civil Procedure, before a court reporter authorized to administer oaths under law, at the offices of the United States Attorney, 99 Northeast Fourth Street Miami, Florida 33132, January 10, 2001, commencing at 9:00 a.m., and continuing until completed.

You are invited to attend and participate in the examination if you so desire.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail to Nancy Langston, Assistant U.S. Attorney, 99 Northeast Fourth Street, 3rd Floor, Miami, Florida and by fax to Andrew E. Clark, Esquire, P.O. Box 386, Washington, D.C. 20044 (1-202-514-8742) on this 8th day of January, 2001.

JOHN F. O'DONNELL, ESQ.
Florida Bar No. 264891
2648 Northeast 26th Place
Fort Lauderdale, FL 33306
Phone: (954) 563-9993
Fax:   (954) 563-9995