**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 00-6209-CIV-GRAHAM/TURNOFF

UNITED STATES OF AMERICA

    Plaintiff,

vs.

CIGAR FACTORY OUTLET, INC.,
OSVALDO PADILLA, MONICA FEINSTEIN, and
BRUCE FEINSTEIN

    Defendants.
_____/



FILED by _____ D.C.
FEB 21 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER

**THIS CAUSE** came before the Court upon Notice of Settlement.

**THE COURT** has considered the Notice, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case be, and the same is hereby DISMISSED IN ITS ENTIRETY, pursuant to the parties' settlement agreement. The parties shall file within fifteen days (15) a Stipulation of Dismissal, Order of Dismissal, Judgment or any other pertinent document necessary for concluding this action. The Court shall retain jurisdiction over this matter for a period of sixty (60) days to enforce settlement if necessary. It is further,

**ORDERED AND ADJUDGED** that any pending motions are rendered moot by this Order Dismissing Cause.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of February, 2001.

                                               _____
                                               DONALD L. GRAHAM
                                               UNITED STATES DISTRICT JUDGE

cc:  Magistrate Judge Turnoff
     Nancy Langston, AUSA
     Andrew E. Clark, Esq.
     John F. O'Donnell, Esq.