UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 00-6209-CIV-GRAHAM/LYNCH

UNITED STATES OF AMERICA,

   Plaintiff(s),

vs.

BRUCE FEINSTEIN and
MONICA FEINSTEIN,

   Defendant(s).
_____/



### NOTICE OF TELEPHONIC STATUS CONFERENCE

THIS CAUSE is hereby set for a telephonic status conference before the Honorable Donald L. Graham, at the James Lawrence King Federal Justice Building, 99 Northeast 4th Street, Eleventh Floor, Courtroom 1, Miami, Florida on **Wednesday, March 21, 2001 at 2:30 P.M.**

In a case that the Court sets for telephonic status conference, no counsel shall appear in person. Instead, all counsel shall attend via telephone. Counsel shall call the Court one day before the hearing at (305) 523-5130 to provide a contact phone number.

**DONE AND ORDERED** at Miami, Florida, this _8th_ day of . March, 2001.

_____
DONALD L. GRAHAM
United States District Judge

cc: John F. O'Donnell, Esq.
    Nancy Langston, AUSA
    Andrew E. Clark, Esq.

