UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE DONALD L. GRAHAM

CIVIL COURTROOM MINUTES

FILED by /HV D.C.
MAR 21 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. __00-6209-CV__   Date: __3/21/01__

Style: __USA v. Cigar Factory, Bruce + Monica Feinstein__

Counsel for Plaintiff: __Andrew Clark__

Counsel for Defendant: __Jack O'Donnell__

Reporter: __Barbara Medina__   Courtroom Deputy: _____

Law Clerk: __Heather DeCoursey__

(Status Conference)/Pretrial Conference/Calendar Call/Hearing: _____

__90 days should be sufficient to get approval from FTC.__
    ↳ __Issue order directing settlement docs in 90 days__

Motion: _____   Granted: _____   Denied: _____

Calendar Call: _____   Trial Set/Reset for: _____
Pretrial Conference: _____   Bench/Jury Trial: _____

Issues Referred to Mag:Trial/Costs/Fees/Sanctions/Dismiss/Summary Judgment/Discovery/Other:

_____   Mag: _____   Mediation: Yes:___ No:___

MISCELLANEOUS NOTES: _____