UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6209-CIV-GRAHAM/TURNOFF

UNITED STATES OF AMERICA

    Plaintiff,

v.

BRUCE FEINSTEIN
and MONICA FEINSTEIN,

    Defendants.
_____/



**PLAINTIFF'S AND DEFENDANTS' STIPULATION OF DISMISSAL
AS TO DEFENDANT MONICA FEINSTEIN**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff, the United States of America, and defendants, Bruce Feinstein and Monica Feinstein, by and through their undersigned counsel, hereby jointly stipulate to the dismissal of this action as to defendant Monica Feinstein, without costs or attorney's fees, and without prejudice to the rights of plaintiff.

Dated: May ___, 2001.

Respectfully submitted,

GUY A. LEWIS
United States Attorney

By:  NANCY LANGSTON  #A5530437
Assistant United States Attorney

ANDREW E. CLARK
Attorney
Office of Consumer Litigation
P.O. Box 386
Washington, D.C. 20044
PHONE: (202) 307-0067
FAX: (202) 514-8742
Attorney for Plaintiff

JOHN F. O'DONNELL, ESQ
2648 Northeast 26th Place
Ft. Lauderdale, Florida 33306
PHONE: (954) 563-9993
FAX: (954) 563-9995
Florida Bar No. 264891
Attorney for Defendants

**STIPULATION OF DISMISSAL**
Page 2