UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 00-6209-CIV-GRAHAM/TURNOFF

UNITED STATES OF AMERICA

    Plaintiff,

vs.

CIGAR FACTORY OUTLET, INC.,
OSVALDO PADILLA, MONICA FEINSTEIN, and
BRUCE FEINSTEIN

    Defendants.
_____/



## ORDER

**THIS CAUSE** came before the Court upon Plaintiff's and Defendants' Stipulation of Dismissal as to Defendant Monica Feinstein (D.E. 34).

**THE COURT** has considered the Stipulation, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this Cause, as to defendant Monica Feinstein, is hereby DISMISSED without prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(i).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of May, 2001.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Turnoff
    Nancy Langston, AUSA
    Andrew E. Clark, Esq.
    John F. O'Donnell, Esq.

